1
2
3          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
4                    AT TACOMA

5  KARYN MASTRUDE,

6              Plaintiff,                CASE NO. C13-5603 BHS

7  v.                                    ORDER GRANTING PETITION
                                         FOR IN FORMA PAUPERIS
8  ZWICKER & ASSOCIATES, PC,

              Defendant.
9

10
        This matter comes before the Court on Plaintiff's application to proceed in forma
11
pauperis. Dkt. 1. The Court has reviewed the application and the remainder of the file and
12
finds that Plaintiff is unable to afford to pay the filing fee at this time. Accordingly,
13
Plaintiff's application to proceed in forma pauperis is GRANTED.
14
        The summons form has been issued pursuant to Rule 4 of the Federal Rules of
15
Civil Procedure and is being returned for service as required under that rule. Plaintiff may
16
make application to the Court that service be made by the Clerk of Court.
17
        Dated this 26th day of July, 2013.
18

19
                                         _____
20                                       BENJAMIN H. SETTLE
                                         United States District Judge
21

22

ORDER