# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

KARYN MASTRUDE,

        Plaintiff,

v.

ZWICKER & ASSOCIATES, PC,

        Defendant.

CASE NO. C13-5603 BHS

ORDER GRANTING PETITION FOR IN FORMA PAUPERIS

This matter comes before the Court on Plaintiff's application to proceed in forma pauperis. Dkt. 1. The Court has reviewed the application and the remainder of the file and finds that Plaintiff is unable to afford to pay the filing fee at this time. Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED.

The summons form has been issued pursuant to Rule 4 of the Federal Rules of Civil Procedure and is being returned for service as required under that rule. Plaintiff may make application to the Court that service be made by the Clerk of Court.

Dated this 26th day of July, 2013.

                BENJAMIN H. SETTLE
                United States District Judge

ORDER